**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 7 |
| | : Case No.  13-13361-MFW |
| Evergreen Aviation Ground Logistics | : |
| Enterprise, Inc., | : |
| | : |
| Debtor. | : |

**ENTRY OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND
RESERVATION OF RIGHTS**

PLEASE TAKE NOTICE that the undersigned hereby appears (the "Entry of Appearance") as counsel for the City of Philadelphia, acting through its Department of Commerce, Division of Aviation (the "City of Philadelphia"), a creditor and party in interest, and under, *inter alia*, Bankruptcy Rules 2002, 9007, 9010 and section 1109(b) of the Bankruptcy Code, 11 U.S.C. §1109(b), requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

Leslie Beth Baskin, Esquire
Spector Gadon & Rosen, P.C.
1635 Market Street
Seven Penn Center – 7th Floor
Philadelphia, PA  19103
Telephone:  215-241-8916
Telecopier:  215-241-8844
lbaskin@lawsgr.com

PLEASE TAKE FURTHER NOTICE that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, or otherwise (1) that affects

or seeks to affect any way any rights or interests of any creditor or party in interest in this case, including the City of Philadelphia with respect to: (a) the debtor: (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by the City of Philadelphia.

PLEASE TAKE FURTHER NOTICE that the City of Philadelphia intends that neither this Entry of Appearance nor any later appearance, pleading, paper, claim, or suit shall waive (1) the right of the City of Philadelphia to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) the right of the City of Philadelphia to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the right of the City of Philadelphia to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which the City of Philadelphia is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

SPECTOR GADON & ROSEN, P.C.

Dated:  January 27, 2014                    By:    */s/ Leslie Beth Baskin*
                                                    Leslie Beth Baskin
                                                    1635 Market Street
                                                    Seven Penn Center – 7th Floor
                                                    Philadelphia, PA  19103
                                                    Telephone:  215-241-8888
                                                    Telecopier:  215-241-8844
                                                    lbaskin@lawsgr.com

                                                    *Counsel to the City of Philadelphia*