| Fill in this Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Evergreen Aviation Ground Logistics Enterprise, Inc.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the DISTRICT OF DELAWARE | | | |
| Case number: | 13-13361 | **CHAPTER 7** | |

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $807.43 |
|---|---|
| Claimant's Name: | Unclaimed Funds Recovery Services VII Inc. |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 2300 East Fry Blvd #1630<br>Sierra Vista, AZ 85636<br>(832)781-0620<br>help@claimtransfers.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

U.S. Attorney for the
District of Delaware
1313 N. Market Street
Wilmington, DE 19801

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 3/24/24 *[signature]* | Date: |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Benjamin Deray Tarver<br>Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Address:<br>2300 East Fry Blvd #1630, Sierra Vista, AZ 85636 | Address: |
| Telephone: 832-781-0620 | Telephone: |
| Email: help@claimtransfers.com | Email: |

**6. Notarization**
STATE OF ARIZONA

COUNTY OF Cochise

This Application for Unclaimed Funds, dated 3/24/24 was subscribed and sworn to before me on 3-24-2024 by

BENJAMIN DERAY TARVER

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public *[signature]*

My commission expires: 11/12/25

*[Notary seal:]*
MICHELLE G MIETZNER
Notary Public, State of Arizona
Cochise County
Commission # 616152
My Commission Expires
November 12, 2025

**6. Notarization**
STATE OF

COUNTY OF

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public_____

My commission expires:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter: 7 |
| | ) | |
| Evergreen Aviation Ground Logistics Enterprise, Inc | ) ) ) | |
| Debtor(s) | ) | Case No: 13-13361-MFW |

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On_____, an application was filed for the Claimant(s),

Unclaimed Funds Recovery Services VII Inc._____

for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ $807.43_____ held in unclaimed funds be made payable to

_____

and be disbursed to the payee at the following address:

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: Evergreen Aviation Ground ) Chapter: 7
       Logistics Enterprise, Inc )
                                        )
                                        )
    Debtor(s)               ) Case No: 13-13361-MFW

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On_____, an application was filed for the Claimant(s), Unclaimed Funds Recovery Services VII Inc._____, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation fail to establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby ORDERED that the court denies the application for the following reasons:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                              CASE NO. 13-13361

Evergreen Aviation Ground Logi

    Debtor(s)

_____/

AFFIDAVIT OF APPLICANT

    I, Benjamin D. Tarver, do hereby certify that I am the President and Secretary of Unclaimed Funds Recovery Services VII Inc. ("UFRS INC"), and that UFRS INC is legally entitled to the unclaimed funds referenced in this application and that no other party is entitled to these funds.

    In support, applicant respectfully represents as follows:

1. A check for "Veliani Kautai Jr." in the amount of $807.43 was not negotiated and was thus remitted as unclaimed funds to the Clerk of the Court.

2. Veliani Kautai Jr. assigned the unclaimed funds referenced in the application to Benjamin D. Tarver dba Bankruptcy Settlement Group.

3. Benjamin D. Tarver dba Bankruptcy Settlement Group has assigned the unclaimed funds referenced in this application to UFRS INC.

Page 2 of 2
Affidavit of Applicant

4. I am the President and Secretary of Unclaimed Funds Recovery Services VII Inc., and as such am authorized to execute and deliver all documents pertaining to the release of any and all unclaimed funds belonging to Unclaimed Funds Recovery Services VII Inc.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/24/24

Benjamin D. Tarver
President and Secretary
Unclaimed Funds Recovery Services VII Inc.

Sworn to and subscribed before me,
State of ARIZONA, COUNTY OF Cochise

This 24 day of March, 2024

_____
Notary Public Signature

My Commission Expires: 11/12/25

MICHELLE G MIETZNER
Notary Public, State of Arizona
Cochise County
Commission # 616152
My Commission Expires
November 12, 2025

ASSIGNMENT OF UNCLAIMED FUNDS

Benjamin D. Tarver dba Bankruptcy Settlement Group ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that he has unconditionally and irrevocably sold, transferred and assigned to Unclaimed Funds Recovery Services VII Inc. ("Assignee"), its successors and assigns, all right, title and interest in and to the following claims of Assignor:

    Original Creditor: Veliani Kautai Jr.
    Amount: $807.43
    Case Number: 13-13361
    Court: DISTRICT OF DELAWARE

This Assignment includes without limitation, Assignor's right to receive any future payments, distributions, unclaimed funds and/or other property in the bankruptcy proceedings. Assignor waives any notice or hearing requirements imposed by Court rules and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and Assignee herein as the valid owner of Assignor's claims.

Dated: March 17, 2024

_____
Benjamin D. Tarver dba
Bankruptcy Settlement Group
2300 East Fry Blvd #1630
Sierra Vista, AZ  85636
832-781-0620

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                                    CASE NO. 13-13361

Evergreen Aviation Ground Logi
                                                          **AFFIDAVIT AND ASSIGNMENT**

Debtor(s)

I, Veliani Kautai Jr., of 409 SUNSET DR, EULESS, TX 76040, certify:

1. That I am at least 18 years of age.

2. For good and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, I hereby certify that I have unconditionally and irrevocably sold, transferred and assigned to Bankruptcy Settlement Group ("Assignee"), its successors and assigns, whose mailing address is 2300 East Fry Blvd #1630, Sierra Vista, AZ 85636, all right, title and interest in and to my claims in the above referenced bankruptcy proceeding, including without limitation my right to receive any future payments, distributions, unclaimed dividends and/or other property in the bankruptcy proceeding. I waive any notice or hearing requirements imposed by Court rules and stipulate that an order may be entered recognizing this Assignment as an unconditional Assignment and Assignee herein as the valid owner of my claim(s) and/or rights.

3. I am a creditor in the above referenced bankruptcy proceeding.

4. My address was or currently is 409 Sunset Drive, Euless, TX 76040.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 10-31-23

Veliani Kautai Jr.
*SIGN ONLY IN THE PRESENCE OF A NOTARY PUBLIC AND AFFIX NOTARY SEAL*

Sworn to and subscribed before me,
State of TX, County of Dallas
This 31 day of October, 20 23

Notary Public Signature

My Commission Expires: 1/23/24

GRACE CHIU
My Notary ID # 130509127
Expires January 23, 2024

*(NOTARY SEAL)*

**Return this form to: Bankruptcy Settlement Group, 2300 East Fry Blvd #1630, Sierra Vista, AZ 85636**

Arizona Corporation Commission - RECEIVED: 6/1/2021
Arizona Corporation Commission - FILED: 6/1/2021

21060113090242

## STATE of ARIZONA
## ARTICLES of INCORPORATION
## A FOR-PROFIT CORPORATION

**ARTICLE I.**

The type of entity being formed is a For-Profit (Business) Corporation.

**ARTICLE II.**

The name of this corporation is UNCLAIMED FUNDS RECOVERY SERVICES VII INC.

**ARTICLE III.**

The corporation initially intends to conduct the business of Purchase bankruptcy claims and recovery unclaimed funds held by governmental entities..

**ARTICLE IV.**

This corporation is authorized to issue only one class of shares of stock, which shall be common stock, and the total number of shares which this corporation is authorized to issue is 1500 at $0.01 par value.

**ARTICLE V.**

The street address of the known place of business of the corporation in Arizona is 289 S HIGHWAY 92 APT 14207 , SIERRA VISTA, ARIZONA 85635 in the County of COCHISE.

**ARTICLE VI.**

The corporation shall indemnify its director to the fullest extent provided by the laws of the State of Arizona now or hereafter in force, including the advance of expenses under the procedures provided by such laws.

Benjamin Tarver - 289 S HIGHWAY 92 APT 14207, SIERRA VISTA, ARIZONA 85635

**ARTICLE VII.**

The name and street address of the statutory agent for service of process in Arizona is BENJAMIN TARVER at 289 S Highway 92 Apt 14207, Sierra Vista AZ 85635. Mailing address is 289 S Highway 92 Apt 14207, Sierra Vista AZ 85635.

**ARTICLE VIII.**

The name and address of the Incorporator executing these articles is Lovette Dobson, at 17350 State Hwy 249 #220, Houston, TX 77064.

Dated: May 26th, 2021

*Lovette Dobson*
Lovette Dobson, Incorporator

## MINUTES OF FIRST MEETING OF BOARD OF DIRECTORS FOR UNCLAIMED FUNDS RECOVERY SERVICES VII INC.

The board of directors of UNCLAIMED FUNDS RECOVERY SERVICES VII INC. held its first meeting at SIERRA VISTA, ARIZONA ON MAY 26, 2021 AT 9PM.

The following directors, marked as present next to their names, were in attendance at the meeting and constituted a quorum of the board:

BENJAMIN TARVER                                                                  [X] Present [ ] Absent

On motion and by unanimous vote, Benjamin Tarver was appointed chairperson and then presided over the meeting. was elected secretary of the meeting.

The meeting was held pursuant to written waiver of notice and consent to holding of the meeting signed by each of the directors. On a motion duly made, seconded, and unanimously carried, it was resolved that the written waiver of notice and consent to holding of the meeting be made a part of and constitute the first page of the minutes of this meeting.

RESOLVED, that the Articles of Incorporation (or similar organizing document) as filed with the Secretary of State (or other appropriate office) of the State of ARIZONA and presented to the directors by the secretary of the Corporation (the "secretary"), are hereby accepted and approved, and that the secretary is authorized and directed to place the duplicate original of the Articles, together with the original filing receipt of the Secretary of State, in the minute book of the Corporation.

RESOLVED, that the Bylaws presented to the directors by the secretary are hereby adopted as the Bylaws of the Corporation, and that the secretary is authorized and directed to insert a copy of such Bylaws, certified as such by the secretary, in the minute book of the Corporation immediately following the Articles of Incorporation.

RESOLVED, that the corporate seal (if applicable) presented to the directors by the secretary is hereby adopted as the seal of the Corporation, and that an impression of such seal be made in the margin of these minutes.

RESOLVED, that the form of share certificate presented to the directors by the secretary is hereby adopted as the form of share certificate for the Corporation, and that the secretary is authorized and directed to attach a sample of such certificate to these resolutions.

RESOLVED, that stock subscription agreements for shares of the Corporation, dated MAY 26, 2021 and described below are hereby accepted on behalf of the corporation, and that the president and secretary, upon receipt of the consideration stated, are authorized and directed to issue certificates for such shares to the respective shareholders:

| Name | Number of shares | Consideration |
|---|---|---|
| BENJAMIN TARVER | 1500 | $ ▓▓▓▓▓ |

RESOLVED, that the president of the Corporation is authorized and directed to pay charges and expenses related to the organization of the Corporation and to reimburse any person who has made such payments on behalf of the Corporation.

RESOLVED, that the persons listed below are hereby appointed to the offices indicated opposite their names, and that a determination of compensation of such officers shall be delayed for consideration at a later date.

| Name | Office | |
|---|---|---|
| Benjamin Tarver | President | ✓ |
| Benjamin Tarver | Treasurer | ✓ |
| Benjamin Tarver | Secretary | ✓ |

RESOLVED, that funds of the Corporation shall be deposited in ▇▇▇▇▇▇▇ and that standard printed resolutions supplied by such Bank and presented by the secretary to the directors shall be adopted by the directors and incorporated and attached to these resolutions, or the Corporation shall adopt its own Banking Resolution.

RESOLVED, that for receipt of official legal and tax correspondence from the State of Incorporation, the registered agent of the corporation (sometimes known as a resident agent, statutory agent, agent for service of process, or delivery of service address) shall be maintained in accordance with the requirements of the State of Incorporation.

This space intentionally left blank.

RESOLVED, that the following Plan for the issuance of common stock of the Corporation and qualification of such stock as "small business corporation" stock under Section 1244 of the Internal Revenue Code of 1986, as amended, is hereby adopted:

1. The corporation shall offer and issue under this Plan, a maximum of 1000 shares of its common stock at a minimum price equal to the par value of the shares, if any.
2. This plan shall be terminated by (a) the complete issuance of all shares offered hereunder, (b) appropriate action terminating the Plan by the board of directors and the shareholders of the Corporation, or (c) the adoption of a new Plan by the shareholders for the issuance of additional stock under IRC Section 1244.
3. No increase in the basis of outstanding stock shall result from a contribution to capital under this Plan.
4. No stock offered under this Plan shall be issued on the exercise of a stock right, stock warrant, or stock option, unless such right, warrant, or option is applicable solely to unissued stock offered under this Plan and is exercised during the period of the Plan.
5. Shares of the Corporation subscribed for prior to the adoption of this Plan, including shares subscribed for prior to the date the corporation comes into existence, may be issued hereunder, provided, however, that the said stock is not in fact issued prior to the adoption of this Plan.
6. Any offering or portion of an offer outstanding that is unissued at the time of the adoption of this plan is hereby withdrawn.
7. Any matters related to the issue of shares under this Plan shall be resolved so as to comply with applicable law and regulations so as to qualify such issue under Section 1244 of the Internal Revenue Code. Any shares issued under this Plan which are finally determined not to be so qualified, and only such shares, shall be determined not to be in the Plan, and any other Shares not so disqualified shall not be affected by such disqualification.
8. The appropriate officers of this corporation are hereby authorized and directed to take such actions and execute such documents as they deem necessary or appropriate to effectuate the sale and issuance of shares for the consideration listed above.

RESOLVED, that these resolutions shall be effective on May 26, 2021

Benjamin Tarver, SECRETARY

# State of Arizona
## Department of State
# TRADE NAME CERTIFICATION



**Bankruptcy Settlement Group**

I, Adrian Fontes, Arizona Secretary of State, do hereby certify that in accordance with the Trade Name Application filed in this Office, the Trade Name herein certified has been duly registered pursuant to Section 44-1460, Arizona Revised Statutes, on behalf of:

**Benjamin Deray Tarver**

1065 Joshua Tree Drive Sierra Vista, AZ 85635

Registration Date:   May 7, 2021

Expiration Date:   May 7, 2026

Date First Used:   October 15, 2020

Filing Number:   9220852

Amendment Date:   March 7, 2024

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of Arizona. Done at the Capitol in Phoenix, on this day, March 07, 2024.

Adrian Fontes
Secretary of State

Verification URL:   go.azsos.gov/yj6z

AO 213 (Rev. 11/23)

# REQUEST FOR VENDOR INFORMATION AND TIN CERTIFICATION
Refer to the instructions page for further information on completing this form.
*Note: Typed forms and forms that include a populated Type of Vendor may result in more efficient and precise processing. \*\*For handwritten forms, please see the General Instructions for the list of options for the Type of Vendor, Part 5 - U.S. Tax Classification, and Part 8 - Account Type drop down menus.*

**\*\*Type of Vendor:** Business Entity       **Intern vendors only** *(effective end date):*

**Part 1 Payee Information**
Line 1. Payee Name: Unclaimed Funds Recovery Services VII Inc
Line 2. Additional payee information: *(if applicable)*

**Part 2 Business Name** *(if different from above)*

**Part 3 Enter only *one* TIN in the appropriate box.** The TIN must match the name given in Part 1, Line 1.
EIN: 84-4215004  *or*  SSN:

**Part 4 SAM UEI #** *(if applicable)*

**Part 5 \*\*Select the appropriate U.S. tax classification for person or entity listed in Part 1, Line 1.**
C Corporation (non-health/medical care providers nor attorney/law firm)

**Part 6 Mailing Address** *(where payments, orders, and IRS 1099 forms, as applicable, will be sent)*
Street address: 2300 East Fry Blvd #1630
City: Sierra Vista    State: AZ    Zip code: 85636
Point of Contact *(if different from Part 1, Line 1 above)*    Name: Benjamin Tarver
Phone #: *(no dashes)* (619) 467-6809    Email address: help@corporateunclaimed.com

**Part 7 Additional Address Information** *(if different from above)*
Street address:
City:    State:    Zip code:

**Part 8 Electronic Funds Transfer (EFT) Information**
Owner(s) name as it appears on bank account: Unclaimed Funds Recovery Services VII Inc
Bank Name: Bank of America
\*\*Select an Account Type: Checking    Routing # (9 digits): 1 2 2 1 0 1 7 0 6
Account Number: *(do not include check number)*
4 5 7 0 4 8 0 4 0 3 8 7

**Part 9 Certification**
**Under penalties of perjury, I certify that:**

1. The number shown on this form is my correct taxpayer identification number; and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined in the instructions).

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Signature: *[signature]*    Date: 3/24/24

*Sensitive information must be securely maintained and only visible to designated staff.*

Page 1 of 3