# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | **Chapter:** 7 |
| Evergreen Aviation Ground Logistics Enterprise, Inc. | |
| 3850 Three Mile Lane | |
| McMinnville, OR 97128 | |
| **EIN:** 93−0876736 | **Case No.:** 13−13361−MFW |
| EAGLE | |

## NOTICE OF HEARING

Unclaimed Funds Recovery Services VII Inc assignee has filed a Motion for Release of Unclaimed Funds.

A hearing regarding this motion is scheduled for May 22, 2024 at 2:00 pm Objections are due on or before 5/15/24 .

To attend a hearing remotely, please register using the eCourt Appearances tool on the Court's website at https://www.deb.uscourts.gov/ecourt−appearances. The deadline to register for remote attendance is 4PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Date: 4/8/24

(VAN−455)