# Notice Recipients

District/Off: 0311−1                 User: admin                    Date Created: 4/8/2024
Case: 13−13361−MFW                   Form ID: van455                 Total: 10


**Recipients of Notice of Electronic Filing:**
ust      U.S. Trustee            USTPRegion03.WL.ECF@USDOJ.GOV
tr       Alfred T. Giuliano          atgiuliano@giulianomiller.com
aty      Alfred Thomas Giuliano, Chapter 7 Trustee        atgiuliano@giulianomiller.com
aty      Bradford J. Sandler          bsandler@pszjlaw.com
aty      James L. Patton        jpatton@ycst.com
aty      John W. Lucas        jlucas@pszjlaw.com
aty      Kenneth J. Enos         kenos@ycst.com
aty      Peter J Keane        pkeane@pszjlaw.com

                                                            TOTAL: 8


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Evergreen Aviation Ground Logistics Enterprise, Inc.    3850 Three Mile Lane       McMinnville, OR 97128
         Unclaimed Funds Recovery Services VII Inc assignee      2300 East Fry Blvd #1630      Sierra Vista, AZ 85636

                                                            TOTAL: 2