IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 13-13361 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 52** |

### CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF UNCLAIMED FUNDS RECOVERY SERVICES VII INC. AS ASSIGNEE OF VELIANI KAUTAI JR. FOR PAYMENT OF UNCLAIMED FUNDS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Application of Unclaimed Funds Recovery Services VII Inc. as Assignee of Veliani Kautai Jr. for Payment of Unclaimed Funds* (the "Application") [Docket No. 52] filed on April 8, 2024 by Recovery Services VII Inc. as Assignee of Veliani Kautai Jr. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice of hearing, objections to the Application were to be filed and served no later than May 15, 2024.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389). The Debtors' former address was 3850 Three Mile Lane, McMinnville, Oregon 97128.

2

Accordingly, it is hereby respectfully requested that the proposed order attached hereto as **Exhibit A** be entered at the Court's convenience.

| | |
|---|---|
| Dated: May 17, 2024 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | Email:    bsandler@pszjlaw.com |
| |           pkeane@pszjlaw.com |
| | |
| | Counsel to Alfred T. Giuliano, Chapter 7 Trustee |