**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: Evergreen Aviation Ground Logistics<br>a/k/a Eagle<br><br><br>Debtor(s) | §<br>§<br>§<br>§ | Case No. 13-13361-MFW |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Alfred T. Giuliano, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Office of the Clerk
824 Market Street, 3rd Floor
Wilmington, DE 19801

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 09/09/2026 in Courtroom 4, United States Courthouse, 824 Market Street, 5th Floor, Wilmington, DE 19801. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/18/2026

By: /s/ Alfred T. Giuliano
Trustee

Alfred T. Giuliano
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ 08043
(856) 767-3000

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: Evergreen Aviation Ground Logistics a/k/a Eagle | § | Case No. 13-13361-MFW |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 7,702,674.05 |
| *and approved disbursements of:* | $ | 7,313,354.38 |
| *leaving a balance on hand of*[1]*:* | $ | 389,319.67 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NOTFILED | Bank One, N. A. | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Repulbic Bank, Inc. | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Divlend Equipment Leasing, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Wilmington Trust Bank, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Les Schawb Tire Centers of California | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Credit Suisse, Cayman Islands Branch | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | General Electric Capital Corporation | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Fortbrand Services, Inc. | 0.00 | 0.00 | 0.00 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NOTFILED | City Bank | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mazuma Capital Corp. | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Lyondell Chemical Company | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | People's Capital & Leasing Corp. | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Capital Advance Leasing, Inc. | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | JPMorgan Trust Company | 0.00 | 0.00 | 0.00 | 0.00 |
| WF | Wells Fargo Bank, N. A. | 1,605,054.51 | 1,605,054.51 | 1,597,191.97 | 7,862.54 |
| 58 | Coppell ISD | 0.00 | 0.00 | 0.00 | 0.00 |
| 59 | Dallas County | 0.00 | 0.00 | 0.00 | 0.00 |
| 60 | Hillsborough County Tax Collector | 3,081.78 | 0.00 | 0.00 | 0.00 |
| 64 | Wells Fargo Equipment Finance | 50,673.34 | 0.00 | 0.00 | 0.00 |
| 85 | King County Treasury Operations | 11,775.73 | 0.00 | 0.00 | 0.00 |
| 92 | Evergreen Aviation FBO Wells Fargo, N.A. | 70,219,736.68 | 2,460,631.98 | 2,460,631.98 | 0.00 |
| 99 | Multnomah County - DART | 4,538.28 | 0.00 | 0.00 | 0.00 |
| 132 | Mulufualava Maiava | 1,342.76 | 0.00 | 0.00 | 0.00 |
| 133 | Anastasia Aimalefoa Afalava | 903.62 | 0.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 134 | Aumau Lafitaga | 848.72 | 0.00 | 0.00 | 0.00 |
| 159 | Kern County Treasurer & Tax Collector | 2,839.84 | 0.00 | 0.00 | 0.00 |
| 192 | Evergreen Aviation Ground Logistics Enterprise, Inc. | 0.00 | 0.00 | 0.00 | 0.00 |
| 199 | County of San Bernardino | 0.00 | 0.00 | 0.00 | 0.00 |
| 217 | Rupert Edward DAndrade | 1,144.00 | 0.00 | 0.00 | 0.00 |
| 249S | Municipality of Anchorage | 7,517.14 | 0.00 | 0.00 | 0.00 |
| 250S | Municipality of Anchorage | 38,226.51 | 0.00 | 0.00 | 0.00 |
| 260S | Allied Aviation Services, Inc. | 3,500.00 | 0.00 | 0.00 | 0.00 |
| 272S | ARINC, Inc. | 850.00 | 0.00 | 0.00 | 0.00 |
| 274S | Metropolitan Airports Commission | 12,000.00 | 0.00 | 0.00 | 0.00 |
| 297S | Aero Anchorage, LLC | 24,975.00 | 0.00 | 0.00 | 0.00 |
| 298 | Aero Milwaukee, LLC | 4,459.90 | 0.00 | 0.00 | 0.00 |
| 304 | TLD America Corporation | 24,600.00 | 0.00 | 0.00 | 0.00 |
| 319 | U. S. Customs and Border Protection | 1,000.00 | 0.00 | 0.00 | 0.00 |
| 320 | U. S. Dept. of Transportation, FAA | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 321 | U. S. Dept. of Homeland Security, TSA | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| 322 | United States Postal Service | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
| 349 | San Diego County Treasurer | 256.08 | 0.00 | 0.00 | 0.00 |
| 354 | Coppell ISD | 4,942.80 | 0.00 | 0.00 | 0.00 |
| 355 | Dallas County | 4,291.18 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 7,862.54 |
| Remaining balance: | $ | 381,457.13 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - A. T. Giuliano, P.C. | 254,330.22 | 0.00 | 254,330.22 |
| Trustee, Expenses - A. T. Giuliano, P.C. | 570.50 | 0.00 | 570.50 |
| Attorney for Trustee Fees - Kaufman, Coren & Ress, P.C. | 0.00 | 0.00 | 0.00 |
| Accountant for Trustee, Fees - Giuliano, Miller & Co., LLC | 4,972.60 | 4,972.60 | 0.00 |
| Bond Payments - International Sureties, Ltd | 3,122.02 | 3,122.02 | 0.00 |
| Administrative Rent - Indy Truck & Equipment | 148.13 | 0.00 | 148.13 |
| Administrative Rent - Hill Archive | 15,737.34 | 15,737.34 | 0.00 |
| Costs to Secure/Maintain Property - Presidlo Networked Solutions Group LLC | 4,963.48 | 4,963.48 | 0.00 |
| Costs to Secure/Maintain Property - C and D Landscape Company | 2,960.00 | 2,960.00 | 0.00 |
| Costs to Secure/Maintain Property - Miami Dade County Aviation Department | 163,410.35 | 0.00 | 0.00 |
| Costs to Secure/Maintain Property - Schauermann Insurance Associates, Inc. | 5,000.00 | 5,000.00 | 0.00 |
| Costs to Secure/Maintain Property - Willis of Oregon, Inc. | 0.00 | 0.00 | 0.00 |
| Costs to Secure/Maintain Property - Hill Archive | 30,155.97 | 30,155.97 | 0.00 |
| Costs to Secure/Maintain Property - Robert L. Edwards | 704.00 | 704.00 | 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Costs to Secure/Maintain Property - Evergreen International Aviation, Inc. 13-13364 | 0.00 | 0.00 | 0.00 |
| Costs to Secure/Maintain Property - Around The Clock Dispatch, Inc. | 5,610.00 | 5,610.00 | 0.00 |
| Costs to Secure/Maintain Property - Powell Aircraft | 300.00 | 300.00 | 0.00 |
| Costs to Secure/Maintain Property - McMinnville Water & Light | 0.00 | 0.00 | 0.00 |
| Costs to Secure/Maintain Property - Marana Aerospace Solution, Inc. | 678,291.82 | 675,000.00 | 3,291.82 |
| Chapter 7 Operating Case Expenses - Ceridian | 97,115.74 | 97,115.74 | 0.00 |
| Chapter 7 Operating Case Expenses - Ceridian Tax Service Inc. | 4,354.01 | 4,354.01 | 0.00 |
| Chapter 7 Operating Case Expenses - Missouri Division of Employment Security | 102.36 | 102.36 | 0.00 |
| Chapter 7 Operating Case Expenses - Ceridian Freedom | 43,508.05 | 43,508.05 | 0.00 |
| Chapter 7 Operating Case Expenses - Ceridian ** | 5,464.09 | 5,464.09 | 0.00 |
| Other State or Local Taxes (post-petition) - Commonwealth of PA | 164.83 | 0.00 | 164.83 |
| Other State or Local Taxes (post-petition) - Dallas County | 0.00 | 0.00 | 0.00 |
| Other State or Local Taxes (post-petition) - Coppell ISD | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Ceridian Freedom Tax Service | 33,779.31 | 33,779.31 | 0.00 |
| Other Chapter 7 Administrative Expenses - Giuliano, Miller & Co., LLC | 5,000.00 | 5,000.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Alliance Ground International | 192.60 | 192.60 | 0.00 |
| Other Chapter 7 Administrative Expenses - Shanghai Wecan Freight Forwarding Co., Ltd. | 1.00 | 0.00 | 1.00 |
| Other Chapter 7 Administrative Expenses - Aero Milwaukee, LLC | 18,480.60 | 0.00 | 18,480.60 |
| Other Chapter 7 Administrative Expenses - Eternity Logistics Co., Ltd. | 1.00 | 0.00 | 1.00 |
| Other Chapter 7 Administrative Expenses - Aero Anchorage, LLC | 104,467.15 | 0.00 | 104,467.15 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Chapter 7 Administrative Expenses - Commercial Piping Company | 1,047.50 | 1,047.50 | 0.00 |
| Other Chapter 7 Administrative Expenses - AMB/AFCO Cargo DFW, L.P. | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Fox Rothschild LLP | 1.88 | 0.00 | 1.88 |
| Attorney for Trustee Fees (Other Firm) - ASK LLP | 259,811.15 | 259,811.15 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Pachulski Stang Ziehl & Jones LLP | 672,384.85 | 672,384.85 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - ACRS Group LLC | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Hobart Lindzer, LLP | 780,694.25 | 780,694.25 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Pachulski Stang Ziehl & Jones LLP | 8,204.50 | 8,204.50 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - ASK LLP | 3,550.14 | 3,550.14 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Hobart Lindzer, LLP | 16,407.60 | 16,407.60 | 0.00 |
| Other Professional's Fees - JNR Adjustment Company, Inc. | 0.00 | 0.00 | 0.00 |
| Other Professional's Fees - Payment Processing Services, LLC | 2,500.00 | 2,500.00 | 0.00 |
| Other Professional's Fees - Law Offices of Joel L. Herz | 2,750.00 | 2,750.00 | 0.00 |
| Other Professional's Expenses - Law Offices of Joel L. Herz | 779.00 | 779.00 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 381,457.13
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,302,003.28 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| Ceridian 2 | Ceridian Tax Service Inc. | 13,673.06 | 13,673.06 | 0.00 |
| Ceridian Priority | Ceridian Tax Service Inc. | 401,197.56 | 401,197.56 | 0.00 |
| PAYROLL | Payroll for Period of December 31, 2013 [Docket No.: 87] | 134,355.96 | 134,355.96 | 0.00 |
| 3 | PHILIP MARK ESPOSITO | 12,375.00 | 0.00 | 0.00 |
| 5 | ANTONIO JAMES FUCHS | 1,000.00 | 0.00 | 0.00 |
| 6 | Mark E. Luther | 14,684.00 | 0.00 | 0.00 |
| 8P | MICHAEL LOI LAM | 2,879.73 | 0.00 | 0.00 |
| 9P | LONG PHI NGUYEN | 2,326.31 | 0.00 | 0.00 |
| 10P | ANDY TRAN | 2,217.19 | 0.00 | 0.00 |
| 11P | ANDY TRAN | 2,217.19 | 0.00 | 0.00 |
| 12 | Matthew James Fults | 2,331.36 | 0.00 | 0.00 |
| 13P | JEFFREY FELISE | 1,557.71 | 0.00 | 0.00 |
| 14P | LUISA FRIAS | 1,905.18 | 0.00 | 0.00 |
| 15P | YEE LOR | 1,477.34 | 0.00 | 0.00 |
| 16P | CHOUA THAO | 1,867.36 | 0.00 | 0.00 |
| 17P | MIRANDON SHANKS | 1,704.26 | 0.00 | 0.00 |
| 18P | HUNG NGUYEN | 2,028.09 | 0.00 | 0.00 |
| 21 | Armando Rodriguez | 580.00 | 0.00 | 0.00 |
| 23 | Victor Andres Rodriguez | 550.00 | 0.00 | 0.00 |
| 24P | TAM C DO | 1,691.98 | 0.00 | 0.00 |
| 26 | Jon Collier | 1,240.00 | 0.00 | 0.00 |
| 27P | DANIEL HOLGUIN | 1,739.72 | 0.00 | 0.00 |
| 28P | SATNAM SINGH | 1,812.99 | 0.00 | 0.00 |
| 29P | YENHOUA YANG | 1,647.53 | 0.00 | 0.00 |
| 30P | NAM KHAC BUI | 1,999.73 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 31P | NIKOLAY BORISHKEVICH | 1,952.45 | 0.00 | 0.00 |
| 32 | WILLIE LUTALI | 1,344.97 | 0.00 | 0.00 |
| 33 | ILALIO TIMOTI | 1,508.07 | 0.00 | 0.00 |
| 34P | TAN T TRAN | 1,503.34 | 0.00 | 0.00 |
| 35P | VILI FRED | 1,881.54 | 0.00 | 0.00 |
| 36P | Vijay Singh | 2,011.55 | 0.00 | 0.00 |
| 37P | Wilson Li | 1,732.62 | 0.00 | 0.00 |
| 38P | TAN DO | 997.50 | 0.00 | 0.00 |
| 39 | SAMUEL VANG | 1,063.68 | 0.00 | 0.00 |
| 40 | ROMEO R. GABRIEL | 1,129.87 | 0.00 | 0.00 |
| 41P | CHENG XIONG | 1,318.97 | 0.00 | 0.00 |
| 42P | VASILIY BORISHKEVICH | 1,621.53 | 0.00 | 0.00 |
| 43P | PAO VANG | 1,768.08 | 0.00 | 0.00 |
| 44 | CHARLIE XIONG | 1,867.36 | 0.00 | 0.00 |
| 45P | CHARLES VANG | 1,805.90 | 0.00 | 0.00 |
| 46 | PAUL LUTALI | 1,439.52 | 0.00 | 0.00 |
| 47 | LIONEL VALOAGA | 1,191.33 | 0.00 | 0.00 |
| 48P | KENNETH MIKESELL | 1,614.44 | 0.00 | 0.00 |
| 49 | ANTHONY FELISE | 1,295.33 | 0.00 | 0.00 |
| 52 | MANUEL HERNANDEZ | 1,350.00 | 0.00 | 0.00 |
| 58 -2 | Coppell ISD | 1,805.68 | 0.00 | 0.00 |
| 59 -2 | Dallas County | 1,578.79 | 0.00 | 0.00 |
| 63 | WINSTON BRITO MOTA | 462.00 | 0.00 | 0.00 |
| 65 | Marion County Treasurer | 26,358.36 | 0.00 | 0.00 |
| 66 | LISSETTE D R GARCIA | 4,854.54 | 0.00 | 0.00 |
| 69 | PEDRO OROZCO | 1,047.72 | 0.00 | 0.00 |
| 70 | AlieskyRodriguez Hernandez | 841.04 | 0.00 | 0.00 |
| 71 | ESTHER ANITA PERRY | 2,529.28 | 0.00 | 0.00 |
| 72P | NENG THONG MOUA | 1,392.24 | 0.00 | 0.00 |
| 73 | Miguel Jaramillo | 960.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 74 | MIGUEL ANGEL JARAMILLO | 960.00 | 0.00 | 0.00 |
| 75 | Marsha A. Hedrick | 645.91 | 0.00 | 0.00 |
| 76 | JOSE F GARCIA | 13,808.91 | 0.00 | 0.00 |
| 80 | Alex Samuel Larmon | 1,972.48 | 0.00 | 0.00 |
| 80 | Alex Samuel Larmon | 605.29 | 0.00 | 0.00 |
| 81 | Kenneth A Smith | 3,581.30 | 0.00 | 0.00 |
| 83 | DEDRICK WASHINGTON | 1,431.00 | 0.00 | 0.00 |
| 84 | Curtis M Neal | 900.00 | 0.00 | 0.00 |
| 85 | King County Treasury Operations | 11,775.73 | 0.00 | 0.00 |
| 86 | Luis E Pavon | 600.00 | 0.00 | 0.00 |
| 87 | TINNHAT LE | 2,330.65 | 0.00 | 0.00 |
| 88 | Cedric Melendres | 1,254.08 | 0.00 | 0.00 |
| 89 | Lyle K. Rodrigues | 0.00 | 0.00 | 0.00 |
| 89 -2 | Lyle K. Rodrigues | 0.00 | 0.00 | 0.00 |
| 89 -3 | Lyle K. Rodrigues | 1,650.35 | 0.00 | 0.00 |
| 91 | COLTON LAWRENCE DONNER | 1,893.44 | 0.00 | 0.00 |
| 92 | Ali Gardiner | 1,129.70 | 0.00 | 0.00 |
| 93 | EVERETT WILLIAMS | 864.55 | 0.00 | 0.00 |
| 94 | Ruben C Figueira | 170.00 | 0.00 | 0.00 |
| 95 | Anela M Kauvaka | 734.72 | 0.00 | 0.00 |
| 98 | Marquis D Oneal | 216.00 | 0.00 | 0.00 |
| 100 | Kimball J Niumatalolo | 540.48 | 0.00 | 0.00 |
| 101 | Shane K. Barino | 679.83 | 0.00 | 0.00 |
| 102 | Taitusi Taufa | 489.81 | 0.00 | 0.00 |
| 103 | GERARDO CASTINEIRAS | 2,288.00 | 0.00 | 0.00 |
| 104 | Diana Dortrait | 912.06 | 0.00 | 0.00 |
| 105 | Shirley Silva | 912.06 | 0.00 | 0.00 |
| 106 | Scott King | 1,508.00 | 0.00 | 0.00 |
| 107 | Cary S. Matsuura | 16.89 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 108 | HEIDI L HYDER | 6,530.68 | 0.00 | 0.00 |
| 109 | Suaesi K. Tuimaunei | 658.71 | 0.00 | 0.00 |
| 110 | Tyrone Taito | 1,047.18 | 0.00 | 0.00 |
| 111 | Tahi K Auwae-Rosas | 878.28 | 0.00 | 0.00 |
| 113 | Rudolph O. Ballaibe | 945.84 | 0.00 | 0.00 |
| 114 | Amanda N. Tonga | 848.72 | 0.00 | 0.00 |
| 115 | Vickers V. Brown | 1,551.60 | 0.00 | 0.00 |
| 118 | Edwin O Mascarinas | 591.15 | 0.00 | 0.00 |
| 119 | Rubyann K Kikila | 895.17 | 0.00 | 0.00 |
| 120 | Andrew P Silva | 1,190.75 | 0.00 | 0.00 |
| 121 | Andrew P Silva | 1,190.75 | 0.00 | 0.00 |
| 122 | Abraham M Silva | 966.95 | 0.00 | 0.00 |
| 123 | Scott Daniel Johnson | 16,363.98 | 0.00 | 0.00 |
| 124 | Brandon K. Vaa | 890.95 | 0.00 | 0.00 |
| 125 | Richert A.L. Sanchez | 1,068.25 | 0.00 | 0.00 |
| 126 | Moana M. Silva | 3,826.58 | 0.00 | 0.00 |
| 127 | TROY RICHARD GRANT | 1,600.00 | 0.00 | 0.00 |
| 128 | Anastasia Aimalefoa Afalava | 903.62 | 0.00 | 0.00 |
| 129 | Barbara Boudon | 480.00 | 0.00 | 0.00 |
| 130 | Lily Kava | 793.83 | 0.00 | 0.00 |
| 131 | Stanley Kava | 918.39 | 0.00 | 0.00 |
| 135 | Aumau Lafitaga | 848.72 | 0.00 | 0.00 |
| 136 | Atepana Lopeti Tep | 418.02 | 0.00 | 0.00 |
| 137 | HERCULES MALAKI SULA | 1,334.31 | 0.00 | 0.00 |
| 138P | Wisconsin Department of Revenue | 1,043.95 | 0.00 | 0.00 |
| 139 | Wanda Billips-Lee | 2,449.00 | 0.00 | 0.00 |
| 140 | James Billips | 367.60 | 0.00 | 0.00 |
| 141 | SANTIAGO M MARTIN | 1,617.22 | 0.00 | 0.00 |
| 142 | AUMAU LAFITAGA | 848.72 | 0.00 | 0.00 |
| 143 | TAFAEVALU WILLIAM TAGO | 282.91 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 144 | Leonard K Tyler | 789.61 | 0.00 | 0.00 |
| 145 | MELEANE S. LEMAFA | 1,300.53 | 0.00 | 0.00 |
| 146 | VERONICA ESTRERA | 2,706.62 | 0.00 | 0.00 |
| 150 | Brandon K. Garcia | 1,068.29 | 0.00 | 0.00 |
| 151 | Junior M Sala | 1,030.29 | 0.00 | 0.00 |
| 152 | Eddie Tauai | 1,292.09 | 0.00 | 0.00 |
| 153 | SHANA PERALTA | 1,194.97 | 0.00 | 0.00 |
| 154 | KAIMI ANDRES-KAMAKAU | 71.78 | 0.00 | 0.00 |
| 155 | Paul Helsham | 1,281.17 | 0.00 | 0.00 |
| 156 | Paul Helsham | 1,460.46 | 0.00 | 0.00 |
| 157 | MELISSA M RIEDINGER | 756.82 | 0.00 | 0.00 |
| 158 | MENELIO MALDONADO | 6,024.58 | 0.00 | 0.00 |
| 161 | GUY LYNN SACHETTE | 843.75 | 0.00 | 0.00 |
| 162 | David Isaiah Nohara | 835.80 | 0.00 | 0.00 |
| 163 | Darren Nohara | 1,495.07 | 0.00 | 0.00 |
| 164 | MALUELUE FAGAFA | 1,224.52 | 0.00 | 0.00 |
| 165P | JANICE U JONES | 1,051.29 | 0.00 | 0.00 |
| 166 | Carlos Rodriguez Arias | 1,792.00 | 0.00 | 0.00 |
| 167 | Robbie H Ko | 126.68 | 0.00 | 0.00 |
| 168 | Henry S. P. Inciong | 3,863.59 | 0.00 | 0.00 |
| 169 | BENJAMIN K S AKIU | 1,418.40 | 0.00 | 0.00 |
| 170 | ELMER M MARTIN | 1,368.09 | 0.00 | 0.00 |
| 171 | Thomas Hattori | 852.95 | 0.00 | 0.00 |
| 174 | Robert Hall | 1,386.00 | 0.00 | 0.00 |
| 176 | XIOMARA PEREZ | 7,562.88 | 0.00 | 0.00 |
| 177 | Angel Romero | 1,071.77 | 0.00 | 0.00 |
| 178 | Dexter W. Sparks | 1,000.00 | 0.00 | 0.00 |
| 180P | Hennepin County Treasurer | 17,507.37 | 0.00 | 0.00 |
| 181 | Benigno P Benalcazar | 4,000.00 | 0.00 | 0.00 |
| 183 | Abstract Overhead Door Co., Inc. | 318.95 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 184 | Jerry C. Flores | 1,344.89 | 0.00 | 0.00 |
| 185 | Jerry C. Flores | 1,344.89 | 0.00 | 0.00 |
| 187 | Marcus T von Oelhoffen | 354.69 | 0.00 | 0.00 |
| 188 | Gary G. Labaun | 1,042.96 | 0.00 | 0.00 |
| 191 | STALIN C. SOLOMON | 1,717.28 | 0.00 | 0.00 |
| 195 | Mercedes Gomez | 1,120.00 | 0.00 | 0.00 |
| 196 | Christian T. Catagua Mero | 0.00 | 0.00 | 0.00 |
| 197 | Christian T. Catagua Mero | 600.00 | 0.00 | 0.00 |
| 198 | Elvira C. Alayo | 929.56 | 0.00 | 0.00 |
| 202 | Kaydian Renae Grant | 1,050.00 | 0.00 | 0.00 |
| 204 | Dwain Orion | 2,109.14 | 0.00 | 0.00 |
| 205P | SAMUEL W WRIGHT | 12,475.00 | 0.00 | 0.00 |
| 207 | Winfield S. Lord | 2,200.00 | 0.00 | 0.00 |
| 208 | Juan Almeida | 616.44 | 0.00 | 0.00 |
| 209 -2 | Juan Pujols | 787.50 | 0.00 | 0.00 |
| 209 -2 | Juan Pujols | 787.50 | 0.00 | 0.00 |
| 210 | Kevin Bernard Frank | 0.00 | 0.00 | 0.00 |
| 210 -2 | Kevin Bernard Frank | 5,215.50 | 0.00 | 0.00 |
| 211 | TYRONE MOORE | 971.25 | 0.00 | 0.00 |
| 212 | Kyle R. Koiziol | 4,420.00 | 0.00 | 0.00 |
| 213 | MANUEL RIVERO | 1,093.00 | 0.00 | 0.00 |
| 215 | Jammie K M Pratt | 1,905.51 | 0.00 | 0.00 |
| 216 | BYRON J TWOGOOD | 4,800.00 | 0.00 | 0.00 |
| 217 | Rupert Edward DAndrade | 1,144.00 | 0.00 | 0.00 |
| 218 | Rupert Edward DAndrade | 1,144.00 | 0.00 | 0.00 |
| 219 | State of New York | 2,635.39 | 0.00 | 0.00 |
| 220 | Oregon Department of Reveenue | 0.00 | 0.00 | 0.00 |
| 220 -2 | Oregon Department of Reveenue | 0.00 | 0.00 | 0.00 |
| 221 | Madan Gopal | 906.40 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 223 | YVON LOUIS | 660.35 | 0.00 | 0.00 |
| 225 | Moana M. Silva | 1,862.00 | 0.00 | 0.00 |
| 228 | BRIAN V LIQUI | 6,058.00 | 0.00 | 0.00 |
| 229 | Adrian Claude Bromfield | 0.00 | 0.00 | 0.00 |
| 229 -2 | Adrian Claude Bromfield | 6,192.36 | 0.00 | 0.00 |
| 231 | MICHAEL EDWARD MIKKELSON | 3,261.44 | 0.00 | 0.00 |
| 233 | KEITH FUNDERBURK | 703.95 | 0.00 | 0.00 |
| 234 | NKECHI VIVIAN EKEZIE-HOBBS | 1,999.58 | 0.00 | 0.00 |
| 236 | LYLE K RODRIGUES | 1,299.75 | 0.00 | 0.00 |
| 237 | SANTIAGO M. MARTIN | 1,689.00 | 0.00 | 0.00 |
| 238 | Carlotta Belle | 20,000.00 | 0.00 | 0.00 |
| 239 | Cynthia Ventura | 20,000.00 | 0.00 | 0.00 |
| 240 | DEBORAH M JOHNSON | 2,350.00 | 0.00 | 0.00 |
| 242 | Rowell C. Perez | 1,124.76 | 0.00 | 0.00 |
| 243 | Edward Sanke | 1,440.00 | 0.00 | 0.00 |
| 251 | Francis A. Silva | 1,169.63 | 0.00 | 0.00 |
| 252 | JOSEPH M. SILVA | 700.94 | 0.00 | 0.00 |
| 253 | Department of the Treasury | 177,057.13 | 0.00 | 0.00 |
| 256 | Olukayode Ewedemi | 744.44 | 0.00 | 0.00 |
| 262 | JUSTIN CHARLES NETZEL | 1,167.00 | 0.00 | 0.00 |
| 273 | Franchise Tax Board | 821.96 | 0.00 | 0.00 |
| 275 | STEVE J SIMONCIC | 5,496.56 | 0.00 | 0.00 |
| 276 | TAASE K. FAUMUI | 498.26 | 0.00 | 0.00 |
| 277 | Toetu Faumui Jr | 658.71 | 0.00 | 0.00 |
| 278 | Manaia Sevao | 768.50 | 0.00 | 0.00 |
| 279 | Edward T.D. Laulu | 506.70 | 0.00 | 0.00 |
| 280 | JESUS A APARICIO | 2,009.60 | 0.00 | 0.00 |
| 281 | Trask L. Iosefa | 650.27 | 0.00 | 0.00 |
| 283 | Vito D'Anna | 13,452.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 284 | ESPERANZA V TERAN | 4,221.60 | 0.00 | 0.00 |
| 296P | Charles R. Anhut | 0.00 | 0.00 | 0.00 |
| 296P | Charles R. Anhut | 0.00 | 0.00 | 0.00 |
| 296P-2 | Charles R. Anhut | 536.01 | 0.00 | 0.00 |
| 296P-2 | Charles R. Anhut | 3,951.20 | 0.00 | 0.00 |
| 308 | U.S. Department of Labor/Wage Hour Division | 0.00 | 0.00 | 0.00 |
| 308 -2 | U.S. Department of Labor/Wage Hour Division | 0.00 | 0.00 | 0.00 |
| 308 -3 | U.S. Department of Labor/Wage Hour Division | 70,380.00 | 0.00 | 0.00 |
| 315 | WA Department of Labor & Industries | 377.89 | 0.00 | 0.00 |
| 316 | Ohio Bureau of Workers Compensation | 1,099.06 | 0.00 | 0.00 |
| 317P | State of Florida - Department of Revenue | 2.59 | 0.00 | 0.00 |
| 318P | State of Florida - Department of Revenue | 9,435.17 | 0.00 | 0.00 |
| 350 | DOLWD Employment Security Tax | 78.63 | 0.00 | 0.00 |
| 351 | New York State Dept. of Tax & Finance | 27,657.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,080,831.58 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| MDAD | Miami Dade County Aviation Department | 5,089.17 | 0.00 | 0.00 |
| 1 | Arizona Department of Revenue | 3,977.16 | 0.00 | 0.00 |
| 2 | Brian Knowles | 0.00 | 0.00 | 0.00 |
| 4 | ELISE DIEHM | 2,595.20 | 0.00 | 0.00 |
| 7 | Advanced Caster Corp | 921.33 | 0.00 | 0.00 |
| 8U | MICHAEL LOI LAM | 4,376.99 | 0.00 | 0.00 |
| 9U | LONG PHI NGUYEN | 4,014.38 | 0.00 | 0.00 |
| 10U | ANDY TRAN | 1,824.81 | 0.00 | 0.00 |
| 11U | ANDY TRAN | 1,824.81 | 0.00 | 0.00 |
| 13U | JEFFREY FELISE | 1,301.95 | 0.00 | 0.00 |
| 14U | LUISA FRIAS | 6,550.99 | 0.00 | 0.00 |
| 15U | YEE LOR | 3,546.19 | 0.00 | 0.00 |
| 16U | CHOUA THAO | 4,826.21 | 0.00 | 0.00 |
| 17U | MIRANDON SHANKS | 5,967.05 | 0.00 | 0.00 |
| 18U | HUNG NGUYEN | 2,353.91 | 0.00 | 0.00 |
| 19 | WALTER E NELSON CO | 5,521.38 | 0.00 | 0.00 |
| 20 | GREEN SOLUTION PRODUCTS LLC | 4,058.97 | 0.00 | 0.00 |
| 22 | Brett Creighton | 0.00 | 0.00 | 0.00 |
| 24U | TAM C DO | 2,256.37 | 0.00 | 0.00 |
| 25 | KATRINA POLITE | 0.00 | 0.00 | 0.00 |
| 27U | DANIEL HOLGUIN | 1,277.93 | 0.00 | 0.00 |
| 28U | SATNAM SINGH | 1,960.96 | 0.00 | 0.00 |
| 29U | YENHOUA YANG | 1,186.03 | 0.00 | 0.00 |
| 30U | NAM KHAC BUI | 2,663.09 | 0.00 | 0.00 |
| 31U | NIKOLAY BORISHKEVICH | 1,952.45 | 0.00 | 0.00 |
| 34U | TAN T TRAN | 4,897.31 | 0.00 | 0.00 |
| 35U | VILI FRED | 909.94 | 0.00 | 0.00 |
| 36U | Vijay Singh | 5,963.83 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 37U | Wilson Li | 1,018.87 | 0.00 | 0.00 |
| 38U | TAN DO | 1,314.09 | 0.00 | 0.00 |
| 41U | CHENG XIONG | 4,118.21 | 0.00 | 0.00 |
| 42U | VASILIY BORISHKEVICH | 2,456.03 | 0.00 | 0.00 |
| 43U | PAO VANG | 5,160.16 | 0.00 | 0.00 |
| 45U | CHARLES VANG | 4,253.80 | 0.00 | 0.00 |
| 48U | KENNETH MIKESELL | 3,444.45 | 0.00 | 0.00 |
| 50 | jean romero | 560.04 | 0.00 | 0.00 |
| 51 | GREGORY HERRERA | 168.12 | 0.00 | 0.00 |
| 53 | INTER CITY TIRE | 10,817.08 | 0.00 | 0.00 |
| 54 | Jimmy Maurice Medine | 1,748.00 | 0.00 | 0.00 |
| 55 | ALINA GARCIA | 860.91 | 0.00 | 0.00 |
| 56 | PAULA LUISA GONZALEZ | 860.00 | 0.00 | 0.00 |
| 57 | Losmy Mancha | 1,095.44 | 0.00 | 0.00 |
| 61 | GREGORY HERRERA | 56.04 | 0.00 | 0.00 |
| 62 | jean romero | 224.16 | 0.00 | 0.00 |
| 67 | NKECHI VIVIAN EKEZIE-HOBBS | 1,523.20 | 0.00 | 0.00 |
| 68 | ATLAS TOYOTA / FIRST ACCESS | 1,308.00 | 0.00 | 0.00 |
| 72U | NENG THONG MOUA | 1,530.38 | 0.00 | 0.00 |
| 77 | Rick Henkel Jr. | 4,510.93 | 0.00 | 0.00 |
| 78 | LOWELL LYNEL HAGAR | 2,472.69 | 0.00 | 0.00 |
| 79 | Joe Simpson | 1,053.37 | 0.00 | 0.00 |
| 82 | SCRUB INC. | 39,050.00 | 0.00 | 0.00 |
| 90 | Charles Smith | 493.75 | 0.00 | 0.00 |
| 96 | ROBERT EDWARD HANSON | 21,500.00 | 0.00 | 0.00 |
| 97 | Todd Stinger | 922.00 | 0.00 | 0.00 |
| 112 | CARMELO RODRIGUEZ | 0.00 | 0.00 | 0.00 |
| 116 | Oklahoma Office of State Treasurer | 0.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 117 | MARIO MORO | 1,134.81 | 0.00 | 0.00 |
| 138U | Wisconsin Department of Revenue | 20.00 | 0.00 | 0.00 |
| 147 | OSCO INC | 58,948.42 | 0.00 | 0.00 |
| 148 | General Mitchell International Airport | 0.00 | 0.00 | 0.00 |
| 148 -2 | General Mitchell International Airport | 1,015.90 | 0.00 | 0.00 |
| 149 | Coppersmith, Inc. | 7,153.90 | 0.00 | 0.00 |
| 160 | City of Philadelphia Dept. of Commerce, Aviation | 4,206.27 | 0.00 | 0.00 |
| 165U | JANICE U JONES | 0.11 | 0.00 | 0.00 |
| 172 | Arthur S. Richards | 5,297.96 | 0.00 | 0.00 |
| 173 | Pitman Knuckles | 2,971.80 | 0.00 | 0.00 |
| 175 | Gail Proverbs | 1,200.00 | 0.00 | 0.00 |
| 179 | Yamhill County Tax Collector | 8,138.65 | 0.00 | 0.00 |
| 180U | Hennepin County Treasurer | 235.14 | 0.00 | 0.00 |
| 182 | ALOFISA TUPUOLA | 250,000.00 | 0.00 | 0.00 |
| 186 | NATIONAL INTERSTATE INSURANCE CO | 2,751.25 | 0.00 | 0.00 |
| 189 | SUN-ROCK AUTO PARTS | 14,671.11 | 0.00 | 0.00 |
| 190 | SPRINT CORP | 24,933.49 | 0.00 | 0.00 |
| 193 | National Sunshine Auto Parts | 5,074.61 | 0.00 | 0.00 |
| 194 | CORE Transport Technologies, Inc. | 0.00 | 0.00 | 0.00 |
| 200 | Les Schwab Tire Centers of Washington, Inc. | 47.03 | 0.00 | 0.00 |
| 201 | BENT CARYL & KROLL | 24,044.00 | 0.00 | 0.00 |
| 203 | Elvira C. Alayo | 929.56 | 0.00 | 0.00 |
| 205U | SAMUEL W WRIGHT | 7,525.00 | 0.00 | 0.00 |
| 206 | SIMON B HOPE | 26,946.90 | 0.00 | 0.00 |
| 209 | Juan Pujols | 0.00 | 0.00 | 0.00 |
| 214 | Adam Merle Folken | 1,965.31 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 222 | Omaha Public Power District | 150.47 | 0.00 | 0.00 |
| 224 | COURTNEY O. PENNANT | 1,870.80 | 0.00 | 0.00 |
| 226 | Marquis Jevon Hopson | 1,833.00 | 0.00 | 0.00 |
| 227 | Tinnhat Q Le | 1,585.03 | 0.00 | 0.00 |
| 230 | Jason Howard | 2,856.00 | 0.00 | 0.00 |
| 232 | Tariq Lewis | 857.50 | 0.00 | 0.00 |
| 235 | Ceridian | 8,427.55 | 0.00 | 0.00 |
| 241 | Waste Connection of Alaska | 310.43 | 0.00 | 0.00 |
| 244 | Pedro Contreras-Hernandez | 7,834.90 | 0.00 | 0.00 |
| 245 | Merrill Communications LLC | 11,907.75 | 0.00 | 0.00 |
| 246 | NATE'S FREIGHT SERVICES INC | 38,899.14 | 0.00 | 0.00 |
| 247 | Command Security Corporation | 26,925.27 | 0.00 | 0.00 |
| 248 | WASTE MANAGEMENT | 1,891.01 | 0.00 | 0.00 |
| 254 | DARIEL MARTINEZ | 0.00 | 0.00 | 0.00 |
| 255 | Valentine Watson | 900.00 | 0.00 | 0.00 |
| 257 | Tandem GSE, LLC | 9,744.11 | 0.00 | 0.00 |
| 258 | JFK Medport, Inc. | 0.00 | 0.00 | 0.00 |
| 259 | Evergreen Aviation Inc. | 4,197.40 | 0.00 | 0.00 |
| 260U | Allied Aviation Services, Inc. | 2,530.53 | 0.00 | 0.00 |
| 261 | PATRICK G NEEDHAM | 400.00 | 0.00 | 0.00 |
| 263U | Eternity Logistics Co., Ltd. | 265,967.57 | 0.00 | 0.00 |
| 264 | Henderson Darby Commons Associates LLC | 29,464.08 | 0.00 | 0.00 |
| 265 | BARRINGTON MC LAREN TULLOCH | 3,210.72 | 0.00 | 0.00 |
| 266 | DRJ Safety, Inc. | 14,416.17 | 0.00 | 0.00 |
| 267 | Core Transport Technologies, Inc. | 0.00 | 0.00 | 0.00 |
| 268 | Core Transport Technologies, Inc. | 0.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 269 | WORLD SERVICE CO | 52,713.60 | 0.00 | 0.00 |
| 270U | Shanghai Wecan Freight Forwarding Co., Ltd. | 546,517.24 | 0.00 | 0.00 |
| 271 | American Airlines, Inc. | 3,004.15 | 0.00 | 0.00 |
| 272U | ARINC, Inc. | 1,516.16 | 0.00 | 0.00 |
| 274U | Metropolitan Airports Commission | 76,727.57 | 0.00 | 0.00 |
| 282 | Airgas USA, LLC | 1,783.57 | 0.00 | 0.00 |
| 285 | ADP, Inc. | 32,095.58 | 0.00 | 0.00 |
| 286 | Chicago Aircraft, Inc. | 3,000.00 | 0.00 | 0.00 |
| 287 | Imperial Office Solutions | 482.40 | 0.00 | 0.00 |
| 289 | American InfoSource LP as agent for | 87.01 | 0.00 | 0.00 |
| 290 | Hennigan Dorman LLP | 552,006.25 | 0.00 | 0.00 |
| 291 | McKool Smith Hennigan, P.C. | 203,656.52 | 0.00 | 0.00 |
| 292 | AMB/AFCO Cargo West*PAC, LLC | 275,599.59 | 0.00 | 0.00 |
| 293 | AMB/AFCO Cargo DFW, L.P. | 78,361.59 | 0.00 | 0.00 |
| 294 | AMB/AFCO Cargo DFW, L.P. | 0.00 | 0.00 | 0.00 |
| 294 -2 | AMB/AFCO Cargo DFW, L.P. | 474,891.53 | 0.00 | 0.00 |
| 295 | United Airlines, Inc. | 172,538.58 | 0.00 | 0.00 |
| 296U-2 | Charles R. Anhut | 4,346.32 | 0.00 | 0.00 |
| 297U | Aero Anchorage, LLC | 19,380.94 | 0.00 | 0.00 |
| 299 | Embarq Missouri -Northern Missouri dba CenturyLin | 964.90 | 0.00 | 0.00 |
| 300 | General Electric Capital Corporation | 1,972,712.12 | 0.00 | 0.00 |
| 301 | Qwest Corporation dba CenturyLink QC | 5,848.74 | 0.00 | 0.00 |
| 302 | CenturyLink Communications, LLC | 11,930.96 | 0.00 | 0.00 |
| 303 | SOA/DOT&PF - Ted Stevens Anchorage Int'l Airport | 2,029.44 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 305 | Illinois Bell Telephone Company | 1,734.73 | 0.00 | 0.00 |
| 306 | Indiana Bell Telephone Company, Inc. | 775.72 | 0.00 | 0.00 |
| 307 | Pacific Bell Telephone Company | 605.66 | 0.00 | 0.00 |
| 309 | BRITISH AIRWAYS - JFK | 182,000.00 | 0.00 | 0.00 |
| 310 | Westchester Fire Insurance Company | 6,000.00 | 0.00 | 0.00 |
| 311 | GHP HORWATH, P.C. | 22,500.00 | 0.00 | 0.00 |
| 312 | Ventures Holdings, Inc. | 273,310.72 | 0.00 | 0.00 |
| 317U | State of Florida - Department of Revenue | 62.41 | 0.00 | 0.00 |
| 318U | State of Florida - Department of Revenue | 649.30 | 0.00 | 0.00 |
| 348 | Wells Fargo Equipment Finance | 21,269.50 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $244,111.14 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 313 | FORTBRAND SERVICES, INC. | 178,526.28 | 0.00 | 0.00 |
| 314 | COMPLETES PLUS | 3,858.19 | 0.00 | 0.00 |
| 323 | MICHAEL LAM | 3,548.06 | 0.00 | 0.00 |
| 324 | NGUYEN, LONG | 3,254.13 | 0.00 | 0.00 |
| 325 | TRAN ANDY | 1,466.80 | 0.00 | 0.00 |
| 326 | FRIAS LUISA | 5,265.73 | 0.00 | 0.00 |
| 327 | TAM DO | 1,826.20 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 328 | Vijay Singh | 4,788.00 | 0.00 | 0.00 |
| 329 | CHARLES VANG | 3,420.00 | 0.00 | 0.00 |
| 330 | CHENG XIONG | 3,300.00 | 0.00 | 0.00 |
| 331 | Wilson Li | 820.00 | 0.00 | 0.00 |
| 332 | PAO VANG | 4,150.00 | 0.00 | 0.00 |
| 333 | NIKOLAY BORISHKEVICH | 1,565.00 | 0.00 | 0.00 |
| 334 | VASILIY BORISHKEVICH | 1,976.00 | 0.00 | 0.00 |
| 335 | KENNETH MIKESELL | 2,766.00 | 0.00 | 0.00 |
| 336 | KENNETH MIKESELL | 2,766.00 | 0.00 | 0.00 |
| 337 | HUNG NGUYEN | 1,892.06 | 0.00 | 0.00 |
| 338 | DANIEL HOLGUIN | 1,027.21 | 0.00 | 0.00 |
| 339 | SATNAM SINGH | 1,576.24 | 0.00 | 0.00 |
| 340 | TAN TRAN | 3,936.49 | 0.00 | 0.00 |
| 341 | MIRANDON SHANKS | 4,796.36 | 0.00 | 0.00 |
| 342 | JEFFREY FELISE | 1,046.52 | 0.00 | 0.00 |
| 343 | YEE LOR | 2,850.45 | 0.00 | 0.00 |
| 344 | FRED VILI | 731.42 | 0.00 | 0.00 |
| 345 | CHARLIE XIONG | 928.00 | 0.00 | 0.00 |
| 346 | YENHOUA YANG | 953.00 | 0.00 | 0.00 |
| 347 | TAN DO | 1,077.00 | 0.00 | 0.00 |
| 353 | Oregon Dept. of Revenue | 0.00 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $7,098.41 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 249U | Municipality of Anchorage | 741.94 | 0.00 | 0.00 |
| 250U | Municipality of Anchorage | 3,653.11 | 0.00 | 0.00 |
| 351 | New York State Dept. of Tax & Finance | 2,703.36 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ Alfred T. Giuliano
Trustee

Alfred T. Giuliano
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ 08043
(856) 767-3000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.